UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD EDMUND NICHOLS,<br><br>       Plaintiff,<br><br>   v.<br><br>PLUMAS COUNTY CORRECTIONAL FACILITY,<br><br>       Defendant. | No. 2:15-cv-1299 MCE CKD P<br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. In an Order dated October 5, 2015, the Court dismissed Plaintiff's First Amended Complaint with prejudice for failure to state a claim upon which relief may be granted. ECF No. 14. Plaintiff has filed a Motion to Alter or Amendment Judgement, which asks that the Court reconsider the October 5, 2015 Order. ECF No. 16.

A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3)

1 | if there is an intervening change in controlling law." Id. at 1263.  Here, the Court's October 5,
2 | 2015 Order was not clearly erroneous nor manifestly unjust, and none of the other factors apply.
3 |       Accordingly, Plaintiff's Motion to Alter or Amendment Judgement (ECF No. 16) is
4 | DENIED.
5 |       IT IS SO ORDERED.
6 | Dated:  November 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2